FREDERICK BRANDT, Appellant, *v.* THE CITY OF NEW YORK et al., Respondents.

*Brandt* v. *City of New York,* 110 App. Div. 396, affirmed.
(Argued November 22, 1906; decided December 11, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 5, 1906, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action for the foreclosure of a mechanic's lien.

*Gustav Lange, Jr.,* for appellant.

*William F. Kimber* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.